## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

v.                                                Case No. 13-CR-5

**ANTONIO CHAKONAS**
        **Defendant.**

### ORDER

On the agreement of the parties,

**IT IS ORDERED** that the **STATUS** scheduled for April 5, 2013, is adjourned to **Monday, April 15, 2013, at 3:30 p.m.** The court finds that the ends of justice served by continuing the matter to this date outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 21st day of March, 2013.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge