UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                Case No. 13-CR-5

ANTONIO CHAKONAS

        Defendant.

_____

### ANTONIO CHAKONAS' PROPOSED VOIR DIRE QUESTIONS
_____

Antonio Chakonas, by his Attorney, Martin J. Pruhs, hereby submits the following proposed voir dire questions:

**Proposed Voir Dire Questions**

1. PRIOR JURY DUTY

    a. Has any juror previously served on a jury?

    b. If so, what kind of case was it, civil or criminal? If criminal, what were the nature of the charges?

    c. When was the case?

    d. Did the jury reach a verdict in that case or cases?

    e. Is there anything in your prior jury experience that would lead you to be biased in favor of any of the parties?

    f. Is there anything in your prior jury experience that would make it difficult for you to sit as a fair and impartial juror in this case?

    g. Did you serve as the foreperson on any of the juries described?

2. PRETRIAL PUBLICITY

    a. Has any juror heard or read anything about this case?

    b. How recently have you heard or read anything about this case?

    c. Has any juror, based on anything they may have heard or read, formed an opinion about the guilt or innocence of the defendant in this case?

    d. Has any juror ever expressed an opinion about the guilt or innocence of the defendant in this case?

    e. Has any juror ever discussed this any aspects of this case with anyone, including any other prospective jurors?

    f. Has any juror ever heard anyone express an opinion about the guilt or innocence of the defendant in this case?

    g. Has anything any juror has heard or read about this case affected his or her ability to sit as a fair and impartial juror in this matter?

3. ACQUAINTANCE WITH TRIAL PARTICIPANTS

    a. Does anyone know the defendant in this case?

    b. Does anyone know any of the attorneys involved in this case or any attorney from any of their firms? Have any of you had any dealings, either directly or indirectly, with any of the attorneys in this case or any of their firms?

    c. Does anyone know Mr. Jacobs, the United States attorney representing the prosecution in this matter?

    d. Does anyone know someone who is employed by or connected with the staff of the United States Attorney's Office for the Eastern District of Wisconsin or any other prosecutor's office?

    e. Does anyone know any of the witnesses that may be called in this case?

4. LAW ENFORCEMENT/LEGAL RELATIONSHIPS

   a. Is anyone personally employed by a local, state, or federal law enforcement agency or department?

   b. Does anyone have any family members, relatives, or close friends employed by local, state, or federal law enforcement agencies or departments?

   c. If so, how close is your relationship with that person? How often do you see that him or her? What has that person told you about his or her work? What discussions, if any, have you had with that person about crime or the criminal justice system?

   d. Would your personal involvement or your relationship with a person involved in law enforcement in any way affect your ability to sit as a fair and impartial juror in this case?

   e. Has anyone had a negative experience in dealing with law enforcement? How do you think that experience might affect your service as a juror in this case? Can you still be fair and impartial?

   f. Has anyone attended law school or received any legal training? When and where?

   g. Is anyone personally employed by a law firm, legal agency, or as an attorney?

   h. Does anyone have any family members, relatives, or close friends employed by law firms, legal agencies, or as attorneys?

   i. Would your personal employment in or your relationship with a person employed by a law firm, legal agency, or as an attorney in any way affect your ability to sit as a fair and impartial juror in this case?

   j. Has anyone here had a negative experience in dealing with an attorney? How do you think that experience might affect your service as a juror in this case? Can you still be fair and impartial?

5.   PERSONAL EXPERIENCE WITH CRIME

   a.   How many jurors have personally been victims of a crime? How many have had family members, relatives, or close friends that were victims of a crime?

   b.   For those of you who indicated that you or someone you know has been the victim of a crime, were you satisfied with the way the criminal justice system handled the case?

   c.   How did this incident affect your feelings about crime in general?

   d.   How did this incident affect your opinion of the criminal justice system?

   e.   Will the fact that you or someone you know was victimized or any of the feelings or opinions that incident raised about crime or the criminal justice system affect your service as a juror in this case? Can you still be fair and impartial?

   f.   Has anyone ever personally been charged or have a family member, relative, or close friend charged with a crime? Is there anything about that experience which would make it difficult for you to be fair and impartial?

   g.   Has anyone spent any time in jail or had a family member, relative, or close friend spend time in jail? Is there anything about that experience which would make it difficult for you to be fair and impartial?

6.   COURTS AND CRIME

   a.   The defendant in this case is presumed innocent of the charges in the indictment. As he sit here before you today, you *must* presume he is innocent. Does anyone disagree with this or have problem doing this?

   b.   The only way that this presumption of innocence can be overcome and the defendants can be found guilty is if the government proves every element of the offense charged beyond a reasonable doubt to each and every one of you. This means that even if you believe the defendant is *probably* guilty, but are not completely convinced, you must find him Not Guilty. Does anyone disagree with this important principle? Understanding that, would anyone have a problem finding someone Not Guilty, even if you believe the defendant is *probably* guilty?

   c.   Does anyone have any feelings or opinions about the criminal justice system that might affect your ability to be a fair and impartial juror?

d. Does anyone have any moral, religious, or philosophical principles that would make you reluctant to serve on a criminal jury? Do any of those beliefs make it difficult or impossible for you to judge your fellow citizen? Does anyone hold any beliefs or principles, from whatever source, which would make it difficult or impossible to be fair and impartial in this case?

e. Has anyone ever been involved in any type of judicial proceedings or lawsuit? In what capacity and what was the nature of the proceedings? Was there anything about that experience that would influence you in any way or affect your ability to be a fair and impartial juror in this case?

7. MISCELLANEOUS

a. Does anyone suffer from any physical disability that would make it difficult for you to sit as a juror in these proceedings over an extended period of time?

b. Has anyone ever held an elected or appointed public office? What office and for what time period?

c. Is anyone a member of any club, union, professional organization, or other organization or group? If so, which one(s)?

d. Does anyone hold any beliefs, opinion, biases, or stereotypes (especially those based on race) that may make it difficult or impossible to be fair and impartial in this case?

e. Are there any issues that have not been raised by the Court's questions or any of the attorney's questions that you believe the Court should know about because it may have some bearing on your qualifications as a juror or because it may prevent you from rendering a fair and impartial verdict based solely upon the evidence you are presented and the instructions you receive from the Court in this case?

f. Is anyone unable or unwilling to set aside whatever personal opinions you may have about the defendant, the government, or the type of case before you and reach a decision based solely on the evidence presented at trial and the instructions given to you by the Court?

Submitted at Milwaukee, Wisconsin this 6th day of September, 2013.

                                                s/Martin J. Pruhs              .
                                                By: Martin J. Pruhs,
                                                Attorney for Antonio Chakonas
                                                Pruhs & Donovan, S.C.
                                                757 North Broadway – Suite 401
                                                Milwaukee, Wisconsin 53202